UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                    NOTICE OF MOTION

**Karen A Nowak,**                                        Case No. 1-19-10808-MJK

                                                          Chapter 7

                                                          **HON. Michael J. Kaplan**

        Debtor(s).
-------------------------------------------------------------------x

     Please take notice that Nationstar Mortgage LLC d/b/a Mr. Cooper, by the undersigned attorneys, will move this court on July 3, 2019 at 10:00 A.M. or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, U.S. Courthouse, Niagara Falls Municipal Complex, 1925 Main Street, 2nd Floor Hearing Room, Niagara Falls, NY 14305 for an Order pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C. §362(d)(2) terminating the automatic stay as to movant's interest in the real property commonly known as 3271 Porter Center Road, Porter, NY 14174 and for such other and further relief as the Court may deem proper.

DATED: June 3, 2019
Westbury, NY

                                          By: /s/ Barbara Whipple
                                          Barbara Whipple, Esq.
                                          Attorneys for Movant
                                          900 Merchants Concourse, Suite 310
                                          Westbury, New York 11590
                                          518-952-6485
                                          bwhipple@rasflaw.com

TO:

*Debtor*
Karen A Nowak
3271 Porter Center Road
Youngstown, NY 14174

*Debtor's Attorney*
Amy Jessica Kaslovsky
Western NY Law Center
Main Seneca Building
237 Main Street, Suite 1130
Buffalo, NY 14203

*Trustee*
Morris L. Horwitz
Morris L. Horwitz, Atty. at Law
PO Box 716
Getzville, NY 14068

*Chamber's Copy*
Hon. Michael J. Kaplan
US Bankruptcy Court, W.D.N.Y.
Robert H. Jackson U.S. Courts
2 Niagara Square
Buffalo, NY 14202